IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                          NO. 4:13CR00177 BSM

JANIE SUSAN PRIDEMORE                                               DEFENDANT

## ORDER

The Government has filed the pending motion requesting a summons to appear. See Document 15. In the motion, the Government asks that a summons be issued for defendant Janie Susan Pridemore to appear for a bond hearing in this case. For good cause shown, the motion is granted. A bond hearing in this case will be held beginning at 2:00 p.m. on Friday, August 9, 2013, in Courtroom 2B of the Richard S. Arnold United States Courthouse in Little Rock, Arkansas. This order is the only notice of the hearing the parties will receive.

IT IS SO ORDERED this ___6___ day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE